UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| BRANDY GLICK, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 3:07-CV-026 WCL |
| | ) | |
| MISTY PRZYBYLSKI, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**REPORT AND RECOMMENDATION**

On May 8, 2007, Mercury National Insurance ("Mercury"), one of the original defendants in this suit, filed a cross claim against Misty Przybylski ("Przybylski"). On August 17, 2007, an entry of default was entered as to Pryzbylski on that cross claim. On April 11, 2008, Mercury filed a motion for default judgment. On April 14, 2008, this motion was referred to the undersigned. On April 16, 2008, this Court afforded Mercury until May 15, 2008 to submit evidence to establish damages against Przybylski in support of Mercury's motion for default judgment. In addition, this Court afforded Przybylski thirty days from Mercury's filing to file a response. Przybylski was cautioned that failure to enter a response could result in a default judgment. Mercury was subsequently granted multiple extensions of time to file its supplemental evidence. Mercury's last filing of evidence was on August 28, 2008. This Court may enter a report and recommendation in this matter based on its referral order, 28 U.S.C. § 636(b)(1)(B), and 42 U.S.C. § 405(g).

Despite this Court's warning, Przybylski did not file a response to Mercury's motion or submissions of evidence. Failure to file a response within the time prescribed may subject a motion to summary ruling. N.D.L.R. 7.1(a). Because Przybylski has not responded to Mercury's

motion or submissions of evidence, this Court can only assume that Przybylski has no objection.

Accordingly, this Court recommends that Mercury's motion for default judgment be

**GRANTED**. [Doc. No. 36]

> **NOTICE IS HEREBY GIVEN that within ten (10) days after being served with a copy of this recommended disposition a party may serve and file specific, written objections to the proposed findings and/or recommendations. Fed. R. Civ. P. 72(b). FAILURE TO FILE OBJECTIONS WITHIN THE SPECIFIED TIME WAIVES THE RIGHT TO APPEAL THE DISTRICT COURT'S ORDER**

**SO ORDERED.**

Dated this 8th Day of December, 2008.

S/Christopher A. Nuechterlein
Christopher A. Nuechterlein
United States Magistrate Judge
