UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| BRANDY GLICK et al | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | |
|   v. | ) | CIVIL NO. 3:07-CV-026 WCL-CAN |
| | ) | |
| MISTY PRZYBYLSKI et al | ) | |
| | ) | |
|    Defendants. | ) | |

-----------------------------------------------------------------------------------------------------------------

| | |
|---|---|
| MERCURY NATIONAL INS. CO. | ) |
| | ) |
|    Cross Claimant | ) |
| | ) |
|   v. | ) |
| | ) |
| MISTY PRZYBYLSKI | ) |

ORDER

On December 8, 2008, in accordance with N.D. Ind. L.R. 72.1(d) and 28 U.S.C. § 636(b)(1)(B) (Federal Magistrate's Act), the Honorable Christopher A. Nuechterlein, Magistrate Judge, issued his Report and Recommendation, recommending that the cross claimant Mercury National Insurance Company's Motion for Default Judgment against cross defendant Misty Przybylski (docket entry #36) be GRANTED. This Report and Recommendation also informed the parties that, pursuant to 28 U.S.C. §636(b)(1), they had ten days after being served with a copy of the Report and Recommendation to file written objections with the Clerk of the Court, and that failure to object may constitute a waiver of objection on appeal. See also N.D.Ind. L.R. 72(d)(2).

More than ten days have passed since the parties have been served with a copy of

Magistrate Judge Nuechterlein's Report and Recommendation and no objections have been filed with the Clerk of the Court. Consequently, this court hereby ADOPTS Magistrate Judge Nuechterlein's Report and Recommendation.

The court now ORDERS that the cross claimant Mercury National Insurance Company's motion for default judgment against the cross defendant Misty Przybylski is GRANTED. Counsel for Mercury National Insurance Co. shall submit to the court, forthwith, a proposed form of default judgment for the court's consideration.

Enter: December 23, 2008

s/William C. Lee
William C. Lee, Judge
United States District Court